J-S10021-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| ERIC BOHN | : | |
| | : | |
| Appellant | : | No. 1347 MDA 2020 |

Appeal from the PCRA Order Entered October 16, 2020
In the Court of Common Pleas of Berks County Criminal Division at
No(s):  CP-06-CR-0003115-2014

BEFORE:   MURRAY, J., McLAUGHLIN, J., and PELLEGRINI, J.[*]

CONCURRING MEMORANDUM BY PELLEGRINI, J.:

**FILED OCTOBER 05, 2021**

I concur in the result only for the same reasons I concurred in

**Commonwealth v. Elliott**, 3066 EDA 2019, 249 A.3d 1190 (Pa. Super.

2021).

_____

[*] Retired Senior Judge assigned to the Superior Court.